[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 276.]

THE STATE OF OHIO, APPELLEE, *v*. IBRAHEEM, A.K.A. CHAMBERS, APPELLANT.

[Cite as *State v. Ibraheem*, 1996-Ohio-12.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel—Application denied when applicant fails to show good cause for failing to file his application within ninety days after journalization of the court of appeals' decision affirming the conviction, as required by App.R. 26(B).*

(No. 95-1145—Submitted September 26, 1995—Decided January 10, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 79AP-693.

————————————

{¶ 1} Appellant, Abdullah Ibraheem, a.k.a. Robert A. Chambers, was convicted of aggravated murder, and the conviction was affirmed on appeal. *State v. Chambers* (May 6, 1980), Franklin App. No. 79AP-693, unreported. Almost fifteen years later, appellant filed an application to reopen his appeal for ineffective assistance of appellate counsel, citing numerous instances of trial counsel's ineffectiveness and a few other issues. The court of appeals found no good cause to allow the untimely application and denied the application. Appellant has appealed the denial to this court.

————————————

*Michael Miller*, Franklin County Prosecuting Attorney, and *Joyce S. Anderson*, Assistant Prosecuting Attorney, for appellee.

*Abdullah Ibraheem*, *pro se*.

————————————

*Per Curiam.*

{¶ 2} Appellant makes no attempt to show good cause for such a late application.  Accordingly, the judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

DOUGLAS, ACTING C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., not participating.

_____